### 1413.   WRIGHT *v.* THE STATE.

POWELL, J. The evidence is circumstantial only, and is not legally sufficient to support the verdict.                    *Judgment reversed.*

Accusation of larceny from house, from city court of Covington —Judge Whaley.   September 5, 1908.

Submitted October 27,—Decided November 10, 1908.

*A. D. Meador,* for plaintiff in error.

*R. W. Milner, solicitor,* contra.